**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF MISSISSIPPI**

**OXFORD DIVISION**

**AKECHETA MORNINGSTAR, PH.D.** **PLAINTIFF**

**VS.** **Civil Action #:** 3:20cv277-NBB-JMV

---

**DR. SAGAR PATEL** **DEFENDANTS**

**AMR AMBULANCE SERVICE**

## COMPLAINT

## PLAINTIFF REQUESTS TRIAL BY JURY

**NOW COMES, Plaintiff Akecheta Morningstar, PH. D., hereby files his complaint against Defendants, St. Dominick Behaviral Health Services, Dr. Sagar Patel and AMR Ambulance Service. In support thereof, the Plaintiff states as follows:**

## PARTIES

The Plaintiff, **Akecheta Morningstar** is an adult resident citizen of Hinds County, in the State of Mississippi.

______________________________________

____________________________ **Dr. Sagar Patel** is a Doctor. Licensed to practice in the State of Mississippi.

**AMR Ambulance Service** is a business entity whose home office is located in Greenwood Village Colorado.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter for varied reasons: Any cases involving Native American citizens should be remedied in Federal Court. Additionally, the Statute under which I'm filing (Title 6 of the Civil Rights Act of 1964) and the ADA is to be resolved in Federal Courts. I am particularly filing a claim based upon **Healthcare Discrimination**. The Plaintiff is claiming to be in a Protective class- being a person of Color. In addition, the Plaintiff is inundated with a mental disability, which is well known throughout the local area where he reside.

## FACTS

On about October 10th, 2017, Plaintiff Akecheta Morningstar became emotionally compromised when he received what he perceived as an attempt on his life when he was chased by an individual at almost 80-90 mph in his hometown of Canton, Mississippi. Dr. Morningstar had just been forced to resign from his parttime job after receiving a death threat there as well. In addition, his former employer had illegally placed $5000 on his IRS account that resulted in his disability and Medicare Insurance to be terminated. Fearing for his life, Dr, Morningstar entered his vehicle and drove several miles to a service station while on the phone with the Police Department of Jackson Mississippi. Dr, Morningstar exited his vehicle and proceeded to enter the establishment. Shortly thereafter, an Officer for the Jackson Police Department arrived and answered Dr. Morningstar's phone that was ringing. Soon afterward,

representatives from AMR ambulance services arrived. The first thing the AMR representatives performed was a field sobriety or mental awareness asesessement in order to discern if the patient was out of his mind. Dr. Morningstar answered all of the questions clearly and correctly. This should have informed them that he wasn't out of his mind. Dr. Morningstar had a legitimate issue to be concerned about. Instead of listening to him the Police Officer hand cuffed him and the AMR techs hit DR. Morningstar with a heavy duty Tranquilizer that knocked him out for 3 or 4 days. DR, Morningstar wasn't conscious that he was in this world. the reason Dr. Morningstar is crying foul is that he was not granted a proper "intake" interview to discuss the concerns with the Doctor. Dr. Morningstar had no idea what they did to him for the 3-4 days. Whatever medicines they gave him had him paranoid, climbing on top of furniture and tearing parts of the walls down trying to escape. Dr. Morningstar vaguely remembers two employees who isolated him in a room and hit him in the arm with some kind of futuristic weapon. Dr. Morningstar also remembers them taking him off of his much needed blood pressure medicines. Workers also beat him up, injuring his ribs and then threw him in a padded room. Dr. Patel was the psychiatric doctor in charge who made the orders to illegally detain Dr. Morningstar against his will. AMR reps, DR Patel and St. Dominick should be charged for kidnapping and causing more physical harm to Dr.Morningstar's body. One of the nurses exclaimed: "He's a hybid". "He's a hybrid". One of the patients must have known they were trying to harm me. So he informed me what I had to do to stay alive. I don't know how he knew, but he was right. Your Honor, please research the following cases filed in various courts that may shed light on this case : *Akecheta Morningstar v. Mississippi Health Systems* that was filed in the Sourthern District of MS (3:19 cv 276 LRA/CWR); *Akecheta Morningstar v. Perkins Law Firm et tal (Circuit* Court *of hinds County (20-456)); Audray Johnson v. Hinds Behavioral Health and Dr. Fayaz Abdrabbo (Hinds County circuit Court)*

## DAMAGES

Plaintiff seeks financial gains for emotional and physical damages done to him because he was specifically targeted to be discriminated against, prohibiting him from receiving proper mental healthcare. He was kidnapped and detained illegally and denied his Civil rights.

## RELIEF

Plaintiff Akecheta Morningstar seeks an amount in accord with legal precedence to be determined by the Court. The Plaintiff is seeking relief because he is in a protective class. In addition, the Plaintiff seeks punitive damages due to the nature of this disturbing claim. This is to deter defendants from similar conduct in the future.

Respectively submitted, this the 15th day of October, 2020.

Akecheta A. Morningstar, PH. D.

Akecheta A Morningstar, PH.D.

109 Colonial Circle

Jackson, MS 39211

769-233-1237

imforjah7272@gmail.com

Case: 3:20-cv-00277-NBB-JMV Doc #: 1 Filed: 10/19/20 5 of 5 PageID #: 5

[illegible] Morningstar
[illegible]al Circle
[illegible] MS 39211
[illegible] are everlasting"

Akecheta Morningstar
109 Colonial Circle
Jackson, MS 39211
*"Unseen things are everlasting"*

[illegible] Morningstar
[illegible]onial Circle
[illegible], MS 39211
[illegible]gs are everlasting"

Akecheta Morningstar
109 Colonial Circle
Jackson, MS 39211
*"Unseen things are everlasting"*

X-RAYED

Jacks
THU
UNITED STATES POSTAL SERVICE
U.S. POSTAGE PAID
FCM LG ENV
JACKSON, MS
39201
OCT 13, 20
AMOUNT
$0.30
R2304M115574-39
1000
38655
FOREVER USA
Love

USDC
911 Jackson Ave
Suite 369
Oxford, MS
38655