IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AKECHETA MORNINGSTAR, PH.D.                                PLAINTIFF

V.                                CIVIL ACTION NO. 3:20-cv-277-NBB-JMV

DR. SAGAR PATEL;
AMR AMBULANCE SERVICE;
ST. DOMINIC-JACKSON MEMORIAL HOSPITAL;
AND AMERICAN MEDICAL RESPONSE                          DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Presently before the court is the Report and Recommendation of the magistrate judge entered on March 25, 2021, recommending the dismissal of this *pro se* action for failure to state a non-frivolous claim over which this court has jurisdiction.

After entry of the Report and Recommendation, the plaintiff timely filed his objection thereto. His objection simply takes issue with the magistrate judge's use of the term "frivolous claim" and offers no legal basis or factual support for his position that the magistrate judge's Report and Recommendation is in error. To the contrary, the court agrees with the magistrate judge's Report and Recommendation and finds that it should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED AND ADJUDGED** that the Report and Recommendation entered in this action on March 25, 2021, is hereby approved and adopted as the opinion of the court, and this case is **DISMISSED** and closed.

This 9th day of November, 2021.

                                                         /s/ Neal Biggers
                                                         NEAL B. BIGGERS, JR.
                                                         UNITED STATES DISTRICT JUDGE